PERKINS v. WHITTAM *et al.*

*Appeal from Linn District Court—Tuesday, December 22.*

EXCEPTIONS TO OVERRULING A DEMURRER.

The opinion of the court was announced by —

WRIGHT, J.—Defendants appeal from an order overruling their demurrer to plaintiff's petition. To this ruling no exceptions were taken either by bill or by causing the same to be noted on the record at the end of the decision, or in connection therewith, as contemplated by §§ 3106 and 3108 of the Revision of 1860. Under such circumstances no question is presented for our review.

Affirmed.

*I. M. Preston & Son* for the appellant—*Smyth, Young & Smyth* for the appellees.